UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| EDDIE GLENN JONES, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:23-cv-01034 |
|  | ) | Judge Trauger |
| WILSON COUNTY SHERIFF'S DEPARTMENT, | ) |  |
| Defendant. | ) |  |

## ORDER

Plaintiff Eddie Glenn Jones filed a pro se complaint against the Wilson County Sheriff's Department ("WCSD") under 42 U.S.C. § 1983. The court granted pauper status, dismissed WCSD as an inappropriate defendant under Section 1983, and allowed the plaintiff thirty days to file an amended complaint that "identif[ies] the entity or individuals responsible for any alleged unconstitutional conditions of confinement." (Doc. No. 4.) The court warned the plaintiff that failure to respond or request an extension by the deadline would result in dismissal. *Id*. The plaintiff, however, has not responded to the court's order, or otherwise communicated with the court, by the deadline. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Federal Rules and want of prosecution. Fed. R. Civ. P. 8(a); Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge